1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  MAKSIM YURYEVICH ISAYEV,           No. 2:12-cv-2551 JAM KJN P
12         Petitioner,
13     v.
14  WILLIAM KNIPP,
15         Respondent.
16
17  MARIYA STEPANOV,                   No. 2:12-cv-2644 KJM DAD P
18         Petitioner,
19     v.
20  W. MILLER,
21         Respondent.
22
23  GENNADIY SEVCHUCK,                 No. 2:12-cv-2857 KJM CKD P
24         Petitioner,
25     v.                              ORDER
26  MATTHEW CATE,
27         Respondent.
28

1

1    Examination of the above-entitled actions reveals that these cases are related within the
2 meaning of Local Rule 123(a).  The actions involve the same parties and are based on the same or
3 similar questions of fact and law.  The petitioners were co-defendants in the underlying criminal
4 action.  Accordingly, assignment of these matters to the same judge is likely to effect a substantial
5 saving of judicial effort and is also likely to be convenient for the parties.
6    The parties should be aware that relating the cases under Local Rule 123 merely has the
7 result that the related cases are assigned to the same judge; no consolidation of the actions is
8 effected.  Under the regular practice of this court, related cases are generally assigned to the judge
9 and magistrate judge to whom the first filed action was assigned.  This order is issued for
10 informational purposes only, and shall have no effect on the status of the cases.
11   Therefore, IT IS ORDERED that the actions denominated as 2: 12-cv-2644 KJM DAD P
12 and 2:12-cv-2857 KJM CKD P are reassigned to the undersigned and to Magistrate Judge
13 Kendall J. Newman for all further proceedings.  Henceforth, the caption on documents filed in the
14 reassigned cases shall be shown as No. 2:12-cv-2644 JAM KJN P, and 2:12-cv-2857 JAM KJN
15 P.
16   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
17 the assignment of civil cases to compensate for this reassignment.
18   IT IS SO ORDERED.
19  DATED: August 11, 2014

20                                              /s/ John A. Mendez_____
21                                              UNITED STATES DISTRICT COURT JUDGE